FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BILLY F. W.,[1]

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

No. 1:25-CV-03172-SAB

**ORDER GRANTING MOTION FOR STIPULATED REMAND**

Before the Court is the parties' Motion for a Stipulated Remand, ECF No. 16. Plaintiff is represented by D. James Tree. Defendant is represented by L. Jamala Edwards and Joseph Derrig.

The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion for a Stipulated Remand, ECF No. 16, is **GRANTED**.

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING MOTION FOR STIPULATED REMAND ~ 1**

2. The decision of the Commissioner is reversed and remanded. On remand, the Appeals Council will assign a new Administrative Law Judge (ALJ) and will instruct them to reevaluate the medical and testimonial evidence, reevaluate the residual functional capacity, offer the opportunity for a hearing, and take any further action needed to complete the administrative record, and issue a new decision.

3.  The parties agree that Plaintiff may be entitled to reasonable attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

4.  The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Commissioner.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 6th day of March 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR STIPULATED REMAND** ~ 2